# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00339-CV

**Blastro, Inc. d/b/a Blastro.Com, Appellant**

**v.**

**Data Foundry, Inc., f/k/a Texas.Net, Inc., f/k/a Texas Networking, Inc., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
NO. D-1-GN-04-001937, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a joint motion to vacate the trial court's judgment and dismiss this case. We grant the motion, vacate the judgment without reference to the merits, and dismiss this case. *See* Tex. R. App. P. 42.1(a), 43.2(e).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Vacated and Dismissed

Filed:   February 18, 2009